IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | |
|---|---|
| BD. OF TR., SHEET METAL WORKERS' NAT'L PENSION FUND, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> J & B MECHANICAL, INC., <br><br> *Defendant*. | Case No. 1:19-cv-171-LO-IDD |

## ORDER

This matter comes before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Ivan D. Davis, dated August 12, 2019, Dkt. 13, on Plaintiffs' Motion for Default Judgment, Dkt. 8. Defendant did not object to the R&R.

The Court has reviewed the Complaint, Dkt. 1, Plaintiffs' Memorandum in Support of the Motion for Default Judgment, Dkt. 9, their supporting documents, and Judge Davis' R&R, Dkt. 13. The Court notes that, while Page 7 of the R&R inadvertently cites "§ 1332," and "§ 1332(1)(B)," the R&R as a whole, the pleadings, and the context of those citations make clear they are in fact references to "§ 1132," and "§1132(a)(1)(B)," respectively. The Court hereby **APPROVES** and **ADOPTS** the findings and recommendations of Judge Davis.

Accordingly, for the reasons cited by Judge Davis and for good cause shown, it is hereby **ORDERED** that Plaintiff's Motion for Default Judgment is **GRANTED**.

It is further **ORDERED** that judgment is hereby entered pursuant to Fed. R. Civ. P. 55 in favor of Plaintiffs and against Defendant J & B Mechanical, Inc., on Count I of the Complaint in the amount of $2,357.88, and attorney's fees and costs in the amount of $2,748.94, for a total of $5,106.82.

It is **SO ORDERED**.

September 16, 2019  
Alexandria, Virginia

Liam O'Grady  
United States District Judge